| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Rushfelt, Gerald L. | 2. Court or Organization District of Kansas | 3. Date of Report 05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full Time Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

628 United States Courthouse
500 State Avenue
Kansas City, Kansas 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Membership Dues | American College of Trial Lawyers | $700.0 |
| 2. | Membership Dues | American Board of Trial Advocates | $500.00 |
| 3. | Reduced Membership Dues | International Society of Barristers | $475.0 |
| 4. | Membership Dues | American Bar Association | $350.0 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Life Ins. VA, Whole Life,- Philadelphia, PA | A | Int./Div. | K | T | | | | | |
| 2. U.S. Savings Bonds | B | Interest | K | T | | | | | |
| 3. FIDELITY MANAGEMENT TRUST CO. (IRA - Mutual Funds) - #1 | D | Dividend | N | T | | | | | |
| 4. - Fidelity Capital & Income (FAGIX) | | | | | Sold | 03/08/12 | J | B | |
| 5. - Pimco Total Return Administrative Shs (PTRAX) | | | | | Sold (part) | 03/05/12 | J | A | |
| 6. - T Rowe Price High Yield Advisor Cl (PAHIX) | | | | | Sold | 03/05/12 | J | B | |
| 7. - Pimco Short Term Administrative Shs (PSFAX) | | | | | | | | | |
| 8. - Fidelity Total Bond (FTBFX) | | | | | Sold (part) | 03/05/12 | J | B | |
| 9. -Strategic Advisers Small-M Cap Fd f/ka Fidelity (FSCFX) | | | | | Sold (part) | 03/05/12 | J | B | |
| 10. - Fidelity High Income (SPHIX) | | | | | Sold | 03/05/12 | J | B | |
| 11. - Metropolitan West Low Duration M (MWLDX) | | | | | Sold | 03/05/12 | J | B | |
| 12. - Strategic Adv Intl Fund f/k/a Fidelity PAS Intl F (FILFX) | | | | | Sold (part) | 01/25/12 | J | A | |
| 13. | | | | | Sold (part) | 08/31/12 | J | | |
| 14. | | | | | Sold (part) | 11/01/12 | J | A | |
| 15. - Credit Suisse Commd Retrn Strtgy Com Shr (CRSOX) | | | | | Sold | 01/13/12 | J | A | |
| 16. - Strategic Advisers US Oppty Fund f/k/a Fidelity US(FUSOX) | | | | | Sold (part) | 03/05/12 | J | A | |
| 17. - Fidelity Select Gold (FSAGX) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Templeton Global Bond Class A (TPINX) | | | | | Sold (part) | 03/08/12 | J | A | |
| 19. - Strategic Advisers Value Fund (FVSAX) | | | | | Sold (part) | 01/13/12 | J | A | |
| 20. | | | | | Sold (part) | 03/05/12 | J | A | |
| 21. | | | | | Sold (part) | 11/01/12 | J | A | |
| 22. - Strategic Advisers Core Fund (FCSAX) | | | | | Sold (part) | 01/13/12 | J | A | |
| 23. | | | | | Sold (part) | 03/05/12 | J | A | |
| 24. | | | | | Sold (part) | 11/01/12 | J | A | |
| 25. - Strategic Advisers Growth Fund (FSGFX) | | | | | Sold (part) | 01/13/12 | J | A | |
| 26. | | | | | Sold (part) | 11/01/12 | J | A | |
| 27. | | | | | Sold (part) | 11/28/12 | J | A | |
| 28. - Strategic Advisers Emerging Markets (FSAMX) | | | | | Sold (part) | 03/05/12 | J | | |
| 29. - Strategic Advisers Core Income Fund (FPCIX) | | | | | Buy (add'l) | 01/13/12 | J | | |
| 30. | | | | | Buy (add'l) | 01/25/12 | J | | |
| 31. | | | | | Buy (add'l) | 03/05/12 | K | | |
| 32. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 33. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 34. | | | | | Sold (part) | 11/01/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Strategic Advisers Income Opportunities (FPIOX) | | | | | Buy (add'l) | 03/05/12 | J | | |
| 36. | | | | | Buy (add'l) | 03/08/12 | J | | |
| 37. | | | | | Sold (part) | 11/15/12 | J | A | |
| 38. - FIMM MMKT Inst. Cl (FNSXX) | | | | | Buy (add'l) | 01/13/12 | J | | |
| 39. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 40. | | | | | Sold (part) | 01/25/12 | J | A | |
| 41. | | | | | Buy (add'l) | 03/05/12 | J | | |
| 42. | | | | | Buy (add'l) | 03/08/12 | J | | |
| 43. | | | | | Buy (add'l) | 03/09/12 | J | | |
| 44. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 45. - Merger Fund (MERFX) | | | | | Buy (add'l) | 03/05/12 | J | | |
| 46. | | | | | Sold (part) | 11/28/12 | J | | |
| 47. - Fidelity Short Term Bond (FSHBX) | | | | | Buy | 03/05/12 | J | | |
| 48. - Fidelity GNMA Fund (FGMNX) | | | | | Buy | 03/05/12 | J | | |
| 49. - Strategic Advisers Short Duration Fund (FAUDX) | | | | | Buy | 01/25/12 | J | | |
| 50. | | | | | Buy (add'l) | 03/05/12 | J | | |
| 51. | | | | | Buy (add'l) | 03/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 53. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 54. - Arden Alternative Strategies Cl 1 Conf (ARDNX) | | | | | Buy | 11/28/12 | J | | |
| 55. MERRILL LYNCH IRA ACCOUNT | C | Dividend | L | T | | | | | |
| 56. - Beyond Banking - Money Account (Y) | | | | | | | | | |
| 57. - ML Bank USA RASP - Cash Account (Y) | | | | | | | | | |
| 58. - American Income Fund of America Cl C (IFAFX) | | | | | | | | | |
| 59. - First Eagle Global Class C (FESGX) | | | | | | | | | |
| 60. - Ivy Asset Strategy Fund Cl C (WASCX) | | | | | Sold | 11/15/12 | J | | |
| 61. - Pioneer Strategic Income Fund Cl C Shares (PSRCX) | | | | | Buy (add'l) | 11/23/12 | J | | |
| 62. BROKERAGE #1 - Merrill Lynch Account | | | | | | | | | |
| 63. - WYANDOTTE CO/KANSAS CITY KS SPL OBLG Bonds | A | Interest | | | Redeemed | 11/16/12 | K | | |
| 64. - Franklin Income Fund Cl C (FCISX) | D | Dividend | L | T | | | | | |
| 65. - Black Rock Global Allocation Fund Inc C (MCLOX) | A | Dividend | L | T | | | | | |
| 66. - Wells Fargo Advantage f/k/a Evergreen Precious M. (EKWCX) | | None | | | Sold | 11/15/12 | K | B | |
| 67. - Ivy Asset Strategy Fund Cl C (WASCX) | B | Dividend | L | T | | | | | |
| 68. - Nuveen High Yield Muni Bond Fund Cl C (NHMCX) | B | Dividend | | | Sold | 11/15/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - American Capital Income Builder Cl C (CIBCX) | B | Dividend | K | T | | | | | |
| 70. - Blackrock National Muni Bond Fund Cl C (MFNLX) | C | Dividend | M | T | | | | | |
| 71. - First Eagle Global Cl C (FESGX) | B | Dividend | L | T | | | | | |
| 72. - Franklin US Govt Securities Fund Cl C (FRUGX) | C | Dividend | M | T | | | | | |
| 73. - Nuveen Kansas Municipal (FCKSX) | A | Dividend | L | T | Buy | 11/15/12 | K | | |
| 74. | | | | | Buy (add'l) | 11/20/12 | K | | |
| 75. UMB Bank, n.a., Overland Park, KS - accounts | A | Interest | K | T | | | | | |
| 76. American Century IRA | A | Dividend | K | T | | | | | |
| 77. - One Choice Portfolio: Moderate (AOMIX) | | | | | | | | | |
| 78. Trus[   ]ncome Beneficiary) | F | | N | W | | | | | |
| 79. - 160 Acres of farm land in Grant County, KS | | Rent | | | | | | | |
| 80. - Linn Operating Co. gas lease, Grant Co, KS (Royalty) | | Royalty | | | | | | | |
| 81. - Pioneer Natural Resources, gas lease, Grant County, KS | | Royalty | | | | | | | |
| 82. - First National Bank, Overland Park, KS | | Interest | | | | | | | |
| 83. Variable Annuity-Ohio National Life Insurance Co. | | | | | | | | | |
| 84. IRA - Sunlife Assurance Co. | | | | | | | | | |
| 85. Morgan Stanley Smith Barney Brokerage Account (X) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - American Century Growth Fund | A | Dividend | | | | | | | |
| 87. - Amercan Century Income & Growth Fund | B | Dividend | | | | | | | |
| 88. - American Century Equity Growth Fund | B | Dividend | | | | | | | |
| 89. IRA - Morgan Stanley & Co. | | | | | | | | | |
| 90. Metcalf Bank f/k/a 1st Nat'l Bank of Olathe, KS - Accounts | A | Interest | L | T | | | | | |
| 91. GPH Family Tree LLC loan - note receivable | | None | | | | | | | |
| 92. GPH Family Tree LLC - Part Ownership | | | | | Donated | | | | |
| 93. _____ Trust | | | | | | | | | |
| 94. 1st Nat'l. Bank of Omaha, f/k/a 1st N.B Overland Park KS | A | Interest | K | T | | | | | |
| 95. Chase Home Finance LLC - Mortgagee | | None | | | | | | | |
| 96. Quest Securities Litigation - Class Beneficiary | | None | | | Distributed | 04/26/12 | J | | |
| 97. Morgan Stanley Smith Barney Variable Rate Annuity - IRA | | | | | | | | | |
| 98. Learning Quest 529 Savings Program. Shawnee Msn, KS | | None | J | T | Buy | 08/15/12 | J | | |
| 99. | | | | | Donated (part) | | | | |
| 100. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII. Line 80. The gas lease, formerly held by BP Am. Production Co., is now owned by Linn Operating Co.

Part VIII. Lines 83 through 97: All of the assets listed on Lines 83 through 89 and Lines 91, 92, 93 , 95, and 97are the sole financial interest or responsibility of [        ] They are not derived from the assets, income or activities of the reporting person. The reporting person does not derive or expect to derive a benefit from them; and the reporting person has no knowledge about them, except for the limited information that is stated on these lines. This is to comply with Section 102(e)(1)(E) of the applicable statute. Corresponding lines on the prior report for calendar year 2011 did include information as to income, year-end values, and transactions, all of which related solely to [     ] and was provided by [   ] For calendar year 2012 the reporting person has not received this information and does not have it; consequently, it is not included in this report. The only exception relates to Lines 86, 87, and 88, on which income is reported, because it was included on joint tax returns; and reporting person therefore has knowledge of it, but does not otherwise have knowledge of whatever transactions or values may be attributable to the assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Gerald L. Rushfelt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544